Aldon L. Bolanos, Esq., SBN. 233915
Law Offices of Aldon L. Bolanos, Esq.
Sacramento, CA 95814
PH.  916.446.2800
Fx.  916.446.2828
www.aldonlaw.com

Attorneys for Plaintiff Kevin SINGH

United States District Court

Eastern District of California

| | |
|---|---|
| Kevin SINGH,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., Recontrust Company, N.A.,<br><br>Defendants. | Case No. 2:13-CV-00729-MCE-AC<br><br>**Application for Temporary Restraining Order** |

  Plaintiff Kevin SINGH hereby moves the court *ex parte* for a temporary restraining order preventing the foreclosure sale of his home, currently scheduled for **Monday April 22, 2013**.

  Pursuant to Local Rule, concurrently filed are a declaration of irreperable injury, a memorandum of law on this matter, a declaration of diligence in bringing this issue to the court's attention and diligence in providing the adverse party with notice of this proceeding, and two proposed orders – one which states

1

the relief sought and one which provides for the dates and time of hearing on a preliminary injunction.

    Plaintiff respectfully requests that this court grant the temporary restraining order preventing any foreclosure sale on his home at 2544 Pheasant Hollow Drive, West Sacramento, County of Yolo, State of California, APN 045-751-006, within this judicial district.

    Plaintiff further requests that no bond issue, as defendant will suffer no harm if the foreclosure is postponed given that the defendant was actively engaged in negotiations with plaintiff toward a modification.

Dated: April 11, 2013

Law Offices of Aldon L. Bolanos, Esq.

**/s/ Aldon L. Bolanos, Esq.**

Aldon L. Bolanos, Esq.
Attorney for Plaintiff Kevin Singh