Aldon L. Bolanos, Esq., SBN. 233915
Law Offices of Aldon L. Bolanos, Esq.
Sacramento, CA 95814
Ph.  916.446.2800
Fx.  916.446.2828
www.aldonlaw.com

Attorneys for Plaintiff Kevin SINGH

United States District Court

Eastern District of California

| | |
|---|---|
| Kevin SINGH,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., Recontrust Company, N.A.,<br><br>Defendants. | Case No. 2:13-CV-00729-MCE-AC<br><br>Declaration of Aldon L. Bolanos, Esq., in Support of Application for an Preliminary Injunction<br><br>Date: April 29, 2013<br>Time: 10:00 a.m.<br>Ctrm: 7 |

I, Aldon L. Bolanos, Esq., declare as follows:

1.  I am counsel for plaintiff in this action and make this declaration on my own personal knowledge.  If called I could and would testify to everything herein.

2.  We acted diligently to ensure that Bank of America and Recontrust were made aware of these urgent proceedings.  We informed Defendants that this Court set the hearing for Monday, April 29, 2013 at 10:00 a.m.  Our diligent efforts including providing hand-

1

1 delivered copies of all documents to the branch manager
2 at the downtown location of Bank of America at 11th and
3 K Street.  We also overnighted the documents to three
4 different addresses we found in the loan paperwork and
5 modification letters in our client's file.  Then, we
6 also faxed the documents to the Home Loan Team for Bank
7 of America in Houston, Texas.  The precise addresses
8 and fax number are provided in the accompanying proof
9 of service concurrently filed.
10 3.   Additionally, we provided all papers to the
11 attorneys at Bryan Cave LLP, the law firm representing
12 Bank of America.  An attorney at Bryan Cave named
13 Michael Peng telephoned us and stated he represented
14 the bank in this matter.
15 4.   Irreparable injury will occur to plaintiff if this
16 preliminary injunction is not granted because he
17 appears to have a cognizable claim under the Homeowners
18 Bill of Rights, and if the house is sold his unique
19 interest in real property will be lost forever.
20 Thereafter, no amount of monetary damages could
21 compensate him for that loss.
22 5.   I have the original signed declaration of Mr.
23 Singh at my office and can provide same to the court or
24 opposing counsel on request.
25 6.   I read and received the court's order of April 24,
26 2013, after the close of business on that date.  In
27 response, I immediately prepared these papers and
28

2

1  caused them to be served on defendant.  However, they
2  are not being filed until the 25th.
3      I declare on penalty of perjury under the laws of
4  the United States the foregoing is true and correct, so
5  help me God.

7  April 24, 2013

9  **/s/ Aldon L. Bolanos, Esq.**