Exhibit 1

## Important Message:

**You meet the criteria to apply for a modification program as part of a national mortgage settlement. Qualifying customers will receive significant principal reduction and may reduce their monthly payment up to 39%.**

December 07, 2012

KEVIN SINGH
SEE SINGH
2544 Pheasant Hollow Dr
West Sacramento, CA 95691 4627

**Bank of America Home Loans**

**Please complete, sign and return all the enclosed documents by January 06, 2013 to see if you qualify.**

Dear KEVIN SINGH and SEE SINGH:                                                      Loan Number 107129678

We are pleased to let you know that you meet the criteria required to apply for a new modification program recently announced as a result of the U.S. Department of Justice and State Attorneys General national settlement with major mortgage servicers, including Bank of America, N.A.

If you qualify for this modification, any unpaid late fees will be waived, interest and advances that we paid on your behalf will be added to your principal balance, and principal reduction will be applied. Please note that if you qualify for this program, approval from the Bankruptcy Court will also be required.

Here's how this modification works. The example below was created using actual results of this program to demonstrate the potential savings or benefit a customer could receive if eligible for a modification under this program. These numbers are estimates only and actual savings may vary, however **you must apply for this modification to see if you qualify.**

**Savings Example:**

| How This Modification Works | | Customer Benefit | | |
| --- | --- | --- | --- | --- |
| Unpaid Principal Balance Before Modification | $504,000 | | Before Modification | After Modification |
| Unpaid Interest and Advances (+) | $64,000 | Total Amount Outstanding | $568,000 | $336,000 (41% Reduction) |
| Total Amount Outstanding Before Modification (=) | $568,000 | Days Past Due | 750 Days | 0 Days (Loan Brought Current) |
| Principal Reduction (-) | $232,000 | Monthly Principal and Interest Payment | $2,850 | $1,750 (39% Reduction) |
| Modified Loan Balance (=) | $336,000 | | | |

Please note that escrow/impound for taxes and insurance will be required as part of this modification. If you qualify, the escrow payment amount will be added to the new monthly principal and interest payment. In some cases an interest rate reduction will also be applied as part of this modification. Please see the enclosed Frequently Asked Questions for more information.

**What you need to do**
- To help us determine if you qualify for this principal reduction modification program, **please send us the requested financial information listed in the enclosed checklist by January 06, 2013.** We have provided a pre-paid envelope for your convenience. Within 30 days of receiving all of your documents, we will send you an approval or decline letter explaining next steps.
- Please be sure to promptly respond to any requests you receive from us.
- Please read the enclosed Frequently Asked Questions that includes important information on taxes.
- For general information about the settlement, visit **bankofamerica.com/principalreduction.**

**We are here to help**
Please review the following enclosures. If you have any questions, please call 1.877.327.9225, Monday through Friday from 8 a.m. – 9 p.m. Eastern.

LARRY HALL
Home Loan Team
Bank of America, N.A.

C3_3013-6