Aldon L. Bolanos, Esq., SBN. 233915
Law Offices of Aldon L. Bolanos, Esq.
Sacramento, CA 95814
PH.  916.446.2800
Fx.  916.446.2828
www.aldonlaw.com

Attorneys for Plaintiff Kevin SINGH

United States District Court

Eastern District of California

| | |
|---|---|
| Kevin SINGH,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., Recontrust Company, N.A.,<br><br>Defendants. | Case No. 2:13-CV-00729-MCE-AC<br><br>Plaintiff's Notice of Dismissal Without Prejudice of Defendant Recontrust Company, N.A. |

Pursuant to this Court's order entered on April 29, 2013, and Federal Rule of Civil Procedure 41(a), Plaintiff Kevin Singh hereby dismisses without prejudice Defendant Recontrust Company, N.A. from this action, case number 2:13-CV-00729-MCE-AC.

1

1 | Respectfully Submitted,
2 | Law Offices of Aldon L. Bolanos
3 | Dated: April 30, 2013
4 | By: */s/ Aldon L. Bolanos, Esq.*
5 | Attorney for Plaintiff