Aldon L. Bolanos, Esq., SBN. 233915
Law Offices of Aldon L. Bolanos, Esq.
Sacramento, CA 95814
Ph. 916.446.2800
Fx. 916.446.2828
www.aldonlaw.com

Attorneys for Plaintiff Kevin SINGH

United States District Court

Eastern District of California

| | |
|---|---|
| Kevin SINGH,<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America,<br><br>Defendant. | Case No. 2:13-CV-00729-MCE-AC<br><br>Notice of Motion and Motion for Attorneys' Fees<br><br>Date: June 13, 2013<br>Time: 2:00 p.m.<br>Ctrm: 7 (14th Floor) |

To all parties and their attorneys of record:

Please take notice that plaintiff Kevin Singh, by and through his counsel of record The Law Offices of Aldon L. Bolanos, will and hereby does move this court for an order awarding attorneys' fees and costs incurred in procuring injunctive relief under the California Homeowners' Bill of Rights. The hearing will take place on June 13, 2013, at 2:00 p.m., in courtroom 7, on the 14th Floor of the Matsui Federal

1

Courthouse, located at 501 I Street, Sacramento, California 95814.

The basis for this motion will be that plaintiff obtained injunctive relief under the California Homeowners' Bill of Rights. Under those laws, codified at California *Civil Code* §2024.12(i), he is a "prevailing party" and entitled to recover fees and costs incurred in obtaining that relief.

On that basis, he hereby moving the court for an order awarding him fees in the amount of $18,700.00 and costs in the amount of $1,554.54 for a grand total of $20,255.54.

A memorandum in support and the declarations of Aldon L. Bolanos, Walter C. Dauterman, and Erik Roper are concurrently filed.

Dated: May 6, 2013

Law Offices of Aldon L. Bolanos

**/s/ Aldon L. Bolanos, Esq.**

Attorney for Plaintiff