United States District Court

Eastern District of California

| Kevin SINGH, | Case No. 2:13-CV-00729-MCE-AC |
|---|---|
| Plaintiff, | |
| vs. | [Proposed] Order |
| Bank of America, | Date: June 13, 2013<br>Time: 2:00 p.m.<br>Ctrm: 7 (14th Floor) |
| Defendant. | |

    Good cause appearing, and having considered the pleadings filed and arguments of counsel, it is hereby ordered that plaintiff's motion for attorneys' fees and costs is GRANTED.

///

1

```
 1      Defendant Bank of America is ordered to pay the
 2  sum of $20,255.54 to plaintiff Kevin Singh and his
 3  attorney, Aldon L. Bolanos.
 4
 5  IT IS SO ORDERED.
 6
 7
 8  _____
 9  United States District Court
10  Eastern District of California
```