```
Aldon L. Bolanos, Esq., SBN. 233915
Law Offices of Aldon L. Bolanos, Esq.
Sacramento, CA 95814
PH.  916.446.2800
Fx.  916.446.2828
www.aldonlaw.com
Attorneys for Plaintiff Kevin SINGH


Andrea M. Hicks, SBN. 219836
BRYAN CAVE, LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105
PH.  415.675.3400
Fx.  415.675.3434
andrea.hicks@bryancave.com
Attorneys for Defendant BANK OF AMERICA, N.A.
```

United States District Court

Eastern District of California

| Kevin SINGH, | Case No. 2:13-CV-00729-MCE-AC |
|---|---|
| Plaintiff, | |
| vs. | Notice of Settlement and Stipulation of Dismissal with Prejudice |
| Bank of America, | |
| Defendant. | |

1
Stipulation of Dismissal; [Proposed] Order

140704.1\C078714\0352540

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Kevin Singh ("Plaintiff") and Defendant Bank of America, N.A.("Defendant") hereby stipulate as follows:

WHEREAS, on April 15, 2013, Plaintiff filed his Complaint in the instant Action;

WHEREAS, on May 10, 2013, Defendant filed its Answer to the Complaint;

WHEREAS, on May 20, 2013, the Parties reached a settlement of all claims in the Action;

Based on the foregoing facts, Plaintiff and Defendant stipulate and agree as follows:

1. This Court should dismiss the above-captioned Action in its entirety against Defendant with prejudice.

2. All upcoming hearings and deadlines are hereby vacated and the Action is hereby terminated.

May 20, 2013
**/s/ Aldon L. Bolanos, Esq.**


BRYAN CAVE, LLP

**/s/ Andrea M. Hicks**
Andrea M. Hicks
Attorneys for Defendant
Bank of America, N.A.

2
Stipulation of Dismissal; [Proposed] Order

140704.1\C078714\0352540

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED.  The Clerk is directed to close this case.

DATED:  May 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT