United States District Court

Eastern District of California

| | |
|---|---|
| Kevin SINGH,<br><br>Plaintiff,<br><br>           vs.<br><br>Bank of America, N.A.,<br><br>Defendant. | Case No. 2:13-cv-00729-MCE-AC<br><br><br>Order |

   This matter having been closed and good cause appearing, the Court hereby orders that funds held on deposit in this matter, received May 6, 2013, in the amount of one thousand U.S. Dollars ($1,000.00), shall be disbursed forthwith **without** interest.


    ///

1     A check made payable to "Aldon Bolanos" shall be
2  delivered to The Law Office of Aldon Bolanos, 700 "E"
3  Street, Sacramento, California 95814.
4
5     IT IS SO ORDERED.
6  Dated: October 5, 2015

        _____
        MORRISON C. ENGLAND, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT