UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEVIN SINGH, | No. 2:13-cv-00729-MCE-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

Having been advised by the Clerk's Office that $0.15 in interest remains unclaimed in this matter, the Court directs that those monies be transferred to the Crime Victim's Fund.

IT IS SO ORDERED.

Dated: December 22, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT